AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Keyon Robinson <br> *Plaintiff* <br> v. <br> Lt. Moore, Warden Bernard McKee, A.W. Joyner, <br> Ms. Earle, Captain Brightheart and <br> Warden Thompson <br> *Defendant* | ) <br> ) Civil Action No.  5:16-cv-560-BHH <br> ) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge. The court adopts the Report and Recommendation of Kaymani D. West, United States Magistrate Judge.

Date: 10/17/2016                                                    *CLERK OF COURT*

                                                                            s/Debbie Stokes
                                                                *Signature of Clerk or Deputy Clerk*